FILED
CLERK, U.S. DISTRICT COURT

Dec. 5, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ISAIAH URZUA,<br><br>Defendant. | Case No.  23 MJ 06186<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On December 5, 2023, Defendant Michael Isaiah Urzua made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Southern District of California on July 8, 2019.

Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released. *See* 18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ history of bench warrants and local warrant from 2019;

    ☒ prior failures to appear;

    ☒ history of substance use.

Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released. *See* 18 U.S.C. § 3142(b-c). This finding is based on:

    ☒ criminal history

    ☒ noncompliance with supervision, and history of substance use.

It is therefore ORDERED that Defendant Michael Isaiah Urzua is remanded to the custody of the U.S. Marshal to be transported to the United States District Court for the Southern District of California for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. See 18 U.S.C. § 3142(i).

Dated: December 5, 2023

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE